# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| LAUREN REYNOLDS and LAURI PENN, *individually and on behalf of others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY and PROGRESSIVE SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | Case No. 5:22-cv-503-LCB <br><br> UNOPPOSED |

## MOTION TO ENTER ORDER APPOINTING PLAINTIFFS' COUNSEL AS CLASS COUNSEL

Plaintiffs, Lauren Reynolds and Lauri Penn ("Plaintiffs"), hereby request that the Court enter an order appointing Plaintiffs' Counsel as Class Counsel and, in support thereof, state as follows:

1. On July 26, 2023, Plaintiffs filed their Motion for Class Certification, arguing, *inter alia*, Plaintiffs' counsel was qualified to serve as Class Counsel and the applicable factors under Fed. R. Civ. P. 23(g) were satisfied. Dkt. 63 at 22-23.

2. On April 3, 2024, the Court granted the Motion for Class Certification (the "Order"). Dkt. 116. The Court explicitly found that (1) Defendants did "not challenge the adequacy" of Plaintiffs' counsel, and (2) Plaintiffs' counsel are

"qualified to prosecute this case." *Id*. at 20, 22.

3. Since the Court entered the Order, Plaintiffs' counsel have working diligently on drafting class notice documents.

4. Although Plaintiffs believe the Court has already appointed their counsel as Class Counsel, out of an abundance of caution, and to clarify any doubt, Plaintiffs respectfully request the Court enter an order appointing Bailey & Glasser LLP, Edelsberg Law, P.A., Shamis & Gentile, P.A., Carney Bates & Pulliam PLLC, Normand PLLC, and Jacobson Phillips PLLC as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

5. The parties have conferred and will submit a notice plan by May 24, 2024.

6. Plaintiffs have conferred with Defendants who do not oppose this Motion, or the relief requested therein. Defendants reserve all rights as to the propriety of class certification or whether notice should issue prior to resolution of Defendants' pending petition to the Eleventh Circuit pursuant to Rule 23(f).

Respectfully submitted on this 9th day of May, 2024.

                                                    */s/ Andrew J. Shamis*

                                                    **SHAMIS & GENTILE, P.A.**
                                                    Andrew J. Shamis
                                                    (admitted pro hac vice)
                                                    14 NE 1st Avenue, Ste. 705

Miami, FL 33132
Tel: (305) 479-2299
Email: ashamis@shamisgentile.com

**JACOBSON PHILLIPS PLLC**
Joshua R. Jacobson
(admitted pro hac vice)
478 E. Alamonte Dr. Ste. 108-570
Alamonte Springs, FL 32701
Tel: (407) 720-4057
Email: jjacobson@jacobsonphillips.com

**BAILEY & GLASSER LLP**
David L. Selby II
Alabama Bar No. ASB-6994-Y62D
3000 Riverchase Galleria, Ste. 905
Birmingham, AL 35244
Tel: (205) 988-9253
Fax: (205) 733-4896
Email: dselby@baileyglasser.com
Email: vpierre@baileyglasser.com

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (admitted pro hac vice)
Lee Lowther (admitted pro hac vice)
519 W. 7th Street
Little Rock, AR 72201
Tel: (501) 312-8500
Fax: (501) 312-8505
Email: hbates@cbplaw.com
Email: llowther@cbplaw.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg
(admitted pro hac vice)
20900 NE 30th Avenue, Ste. 417
Aventura, FL 33180
Tel: (786) 289-9471
Fax: (786) 623-0915

3

Email: scott@edelsberglaw.com

*Counsel for Plaintiffs and the Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, May 9, 2024, I filed the foregoing with the Clerk of the Court via the Court's electronic filing system, which will provide electronic mail notice to all counsel of record.

/s/ *Andrew J. Shamis*
Andrew J. Shamis
*Attorney for Plaintiffs*